## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

*Jennifer Boyd, et al. v. Bayer Corporation, et al.*  No. 12-cv-11687-DRH

*Stephanie Madrigal, et al. v.*             No. 13-cv-10025-DRH
*Bayer Corporation, et al*

*Carolyn Wlodarczyk v. Bayer HealthCare*      No. 14-cv-10164-DRH
*Pharmaceuticals, et al.*


### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and/or the Orders of Dismissal, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.03.09
09:34:43 -06'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT